Robert A. Ring, Esq., Bar No. 97850
Susan H. Green, Esq., Bar No. 101736
Ring & Green APC
3435 Overland Avenue
Los Angeles, CA 90034
Telephone: (310) 226-2550
Telephone: (310) 226-2459
Email: rring@ringgreen.com

Andrew Gerber (Admitted Pro Hac Vice)
KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, NY 10003
Telephone: (212) 882-1320
Email: andrew@kgfirm.com

Attorneys for Plaintiff ANN SHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANN SHEN, an individual,<br><br>       Plaintiff,<br><br>  vs.<br><br><br>SHEIN FASHION GROUP, INC., a California corporation;<br>ZOETOP BUSINESS CO., LTD., a Chinese limited company; EC BEST SERVICE, INC., a California corporation;<br>and DOES 1-10,<br><br>       Defendants. | Case No. 2:19-cv-08591-JAK-RAO<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff Ann Shen, by her undersigned attorneys, hereby files this Notice of

---

1

**NOTICE OF SETTLEMENT**

Settlement as to the entirety of this Action and as to all parties.  The parties are finalizing a settlement agreement and expect that a dismissal with prejudice will be filed within 30 days.


Dated: July 29, 2020                                   RING & GREEN APC


                                                       By: /s/ Andrew Gerber

                                                       Robert A. Ring, Esq., Bar No. 97850
                                                       Susan H. Green, Esq., Bar No. 101736
                                                       Ring & Green APC
                                                       3435 Overland Avenue
                                                       Los Angeles, CA 90034
                                                       Telephone: (310) 226-2550
                                                       Telephone: (310) 226-2459
                                                       Email: rring@ringgreen.com

                                                       Andrew Gerber (Admitted Pro Hac Vice)
                                                       KUSHNIRSKY GERBER PLLC
                                                       27 Union Square West, Suite 301
                                                       New York, NY 10003
                                                       Telephone: (212) 882-1320
                                                       Email: andrew@kgfirm.com

**NOTICE OF SETTLEMENT**